UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **MILTON RAMIRO SUQUI SUQUI,** § § § *Petitioner*, § § v. § § **SAM OLSEN, FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, CHICAGO, IL, IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, ACTING DIRECTOR OF U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, U.S. ATTORNEY GENERAL; AND U.S. DEPARTMENT OF HOMELAND SECURITY,** § § § § § § § § § § § § § § § § *Respondents*. § | No. 3:25-CV-00650-LS |

## ORDER DISMISSING CASE

Petitioner's and Respondents' counsel filed a joint status report to the Court regarding Petitioner's physical removal from the United States.[1] Petitioner filed a petition for a writ of habeas corpus regarding his detention by Immigration and Customs Enforcement.[2] Because Petitioner is no longer detained by Respondents, his petition is moot.[3] The Court therefore denies Petitioner's writ of habeas corpus and dismisses this case as moot.

**SO ORDERED**.

---

[1] ECF No. 14.
[2] ECF No. 1.
[3] *See Ortez v. Chandler*, 845 F.2d 573, 575 (5th Cir. 1988) (stating that a habeas petition becomes moot when the habeas relief requested can no longer be effected); *Chafin v. Chafin*, 568 U.S. 165, 172 (2013) ("[A] case 'becomes moot only when it is impossible for a court to grant any effectual relief whatever to the prevailing party.'" (citation omitted)).

**SIGNED** and **ENTERED** on February 24, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**